UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-254(MJD/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| WILLIAM WELLINGTON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

02-254(MJD/JGL)

<u>Defendant Name</u>

William Wellington Williams

<u>Remove AUSA</u>

James E. Lackner

Bridgid E. Dowdal

<u>Add AUSA</u>

Tricia A. Tingle

Dated: January 10, 2007

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID No. 59298