**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

William Wellington Williams (1),
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 02-cr-254 MJD/JGL (1) |
| Date: | February 1, 2007 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 09:10 a.m. |
| Time Concluded: | 09:19 a.m. |
| Time in Court: | 9 Minutes |

## APPEARANCES:

Plaintiff: Tricia Tingle, Assistant U.S. Attorney
Defendant: Katherian Roe ☒ FPD

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Preliminary Examination ☒ Waived
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Supervised Release to be terminated upon release on this offense.
☒ Defendant is sentenced to:24 months to Bureau of Prisons consecutive to other charges

s / Susan Schempf
Judicial Assistant