# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**William Wellington Williams**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-cr-254(1)MJD/JGL**
USM Number: **10241-041**
Social Security Number: **8442**
Date of Birth: **1983**

**Katherian Roe**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of condition:(s): of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Cond. a. | The defendant shall not commit another federal, state, or local crime. | May 17, 2004 |

**The defendant is sentenced as provided in pages 2 through 3 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**February 1, 2007**
Date of Imposition of Judgment

s / Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

**February 1, 2007**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: WILLIAM WELLINGTON WILLIAMS
CASE NUMBER: 02-CR-254(1)MJD/JGL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months consecutive to any sentence imposed in case 04-cr-254(1)ADM/AJB**.

[**x**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

at ______________________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal

DEFENDANT: WILLIAM WELLINGTON WILLIAMS
CASE NUMBER: 02-CR-254(1)MJD/JGL

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant's supervised release **on this charge shall be terminated.**